```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KENDALL J. NEWMAN
```

UNITED STATES OF AMERICA,                No. 2:10-cv-02591 MCE KJN PS

      Plaintiff,

  v.                                       **MINUTE ORDER**

JAMES O. MOLEN, et al.,

      Defendants.
_____/

    Defendants' Motion for Judicial Notice (Docket #19) is hereby DENIED without prejudice on procedural grounds. Defendants' motion is procedurally improper because the motion was filed just one day before the motion was set to be heard. Defendants' Motion for Judicial Notice (Docket #19) thus violates Eastern District Local Rule 230(b), which requires a motion to be filed and served at least 28 days before the date the motion is set to be heard. Should defendants James and Sandra Molen wish to bring a motion, they are directed to Local Rule 230(b) and required to complete filing and service at least 28 days before the motion is set to be heard.

Dated: January 27, 2011          /s/ M. Caspar
                                 Matt Caspar,
                                 Courtroom Deputy for the
                                 Honorable Kendall J. Newman