IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES O. MOLEN (also known as James-Orbin: Molen); SANDRA L. MOLEN (also known as Sandra-Lyn: Molen); BLACK HOLE ADVENTURES, A FAMILY TRUST, BY WILLIAM BAKER AND JOHN VAN AUKEN, TRUSTEES; CALIFORNIA FRANCHISE TAX BOARD; CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; BUTTE COUNTY ASSESSOR, HOUSEHOLD BANK SB N.A.; ADVANTA BANK CORPORATION; CITIBANK SOUTH DAKOTA, N.A.; MBNA AMERICA BANK; ASSET ACCEPTANCE LLC; WELLS FARGO BANK N.A.; HOUSEHOLD BANK SB N.A.; JAMES ORBIN MOLEN LIMITED PARTNERSHIP,<br><br>    Defendants.<br>_____/ | No. 2:10-cv-02591 MCE KJN PS<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>ORDER |

Counsel for Defendant Butte County Assessor has requested permission to appear telephonically at the Status Conference scheduled for June 9, 2011, at 10:00 a.m., so as to

1

1 minimize legal fees, costs, and travel time from Oroville, California.[1] (Dkt. No. 66). Counsel for
2 Butte County Assessor has informed the court that he can be reached at (530) 370-1027 on the
3 date of the Status Conference.
4       Good cause appearing therefore, Defendant Butte County Assessor's request to
5 appear by telephone at the status conference scheduled for June 9, 2011, at 10:00 a.m., is granted.
6       IT IS SO ORDERED.
7 DATED: May 25, 2011

                                   _____
                                   KENDALL J. NEWMAN
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] This action was referred to the undersigned pursuant to Eastern District Local Rule 302(c)(21). (See Dkt. No. 11.)

2