IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff,                            No. 2:10-cv-02591 MCE KJN PS

    v.

JAMES O. MOLEN (also known as
James-Orbin: Molen); SANDRA L. MOLEN
(also known as Sandra-Lyn: Molen); et al.,      <u>ORDER</u>

    Defendants.
_____/

        The court has reviewed the parties' scheduling reports (Dkt. Nos. 62, 68, 70, 72) and appreciates the cooperation between plaintiff and defendants that resulted in a jointly-submitted report. (Dkt. No. 68.)  The status (pretrial scheduling) conference currently set for June 9, 2011, is hereby vacated.  A Pretrial Scheduling Order will be forthcoming.

        A review of the court's docket to date reflects that no party to this action has yet filed the requisite "Consent to/Decline of Jurisdiction of United States Magistrate Judge" form. The forms were attached to the Civil New Case Documents and can be reprinted from the court's docket at Docket Number 58-1 or, alternatively, obtained from the Clerk's Office.  All parties are ordered to complete and file the form <u>by June 23, 2011</u>, so that the undersigned may issue a Status (Pretrial Scheduling) Order and set this case for trial before the appropriate judge.

1        IT IS SO ORDERED.

2 DATED: June 6, 2011

4                                                   KENDALL J. NEWMAN
5                                                  UNITED STATES MAGISTRATE JUDGE