IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                    No. 2:10-cv-02591 MCE KJN PS

    v.

JAMES O. MOLEN, et al.,

    Defendants.           ORDER GRANTING UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER

                               /

Presently before the court is defendant James O. Molen's motion to modify the Status (Pretrial Scheduling) Order in this case (Dkt. No. 108).[1]  Mr. Molen requests that the court extend all of the remaining deadlines in the Status (Pretrial Scheduling) Order by 90 days in light of the terminal illness and subsequent death of his wife, defendant Sandra L. Molen, on February 14, 2012.  Plaintiff filed a statement of non-opposition in regards to the motion (Dkt. No. 109). For good cause shown, the undersigned grants Mr. Molen's unopposed motion and modifies the Status (Pretrial Scheduling) Order as reflected below.

////

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  Because oral argument would not materially aid the resolution of the pending motion, this matter is submitted on the briefs and record without a hearing.  See Fed. R. Civ. P. 78(b); E. Dist. Local Rule 230(g).

1

1        In light of the foregoing, IT IS HEREBY ORDERED that:

2        1.   Defendant James O. Molen's motion to modify the Status (Pretrial
3   Scheduling) Order is submitted on the briefs and record, and the May 31, 2012 hearing on that
4   motion is VACATED.

5        2.   Defendant James O. Molen's unopposed motion to modify the Status
6   (Pretrial Scheduling) Order in this case (Dkt. No. 108) is granted, and the Status (Pretrial
7   Scheduling) Order is modified as follows:

8             a.   All law and motion, except as to discovery-related matters, shall be
9   "completed," as that term is defined in Status (Pretrial Scheduling) Order, by March 7, 2013.

10            b.   All discovery shall be "completed," as that term is defined in
11  Status (Pretrial Scheduling) Order, by January 7, 2013.

12            c.   The parties are to designate in writing and file with the court, and
13  serve upon all other parties, the names of all experts they propose to tender at trial, pursuant to
14  the following schedule: initial expert disclosures shall be made on or before September 7, 2012;
15  rebuttal expert disclosures shall be made on or before October 9, 2012.

16            d.   The final pretrial conference is set before United States District
17  Judge Morrison C. England, Jr. on July 11, 2013, at 2:00 p.m., in Courtroom No. 7. The parties
18  shall file a Joint Final Pretrial Conference Statement no later than June 20, 2013.

19            e.   A bench trial is set to commence before Judge England on
20  August 12, 2013, at 9:00 a.m., in Courtroom No. 7.

21       3.   The parties remain bound by the rest of the Status (Pretrial Scheduling)
22  Order.

23       IT IS SO ORDERED.

24  DATED: May 16, 2012

25                                         _____
                                           KENDALL J. NEWMAN
26                                         UNITED STATES MAGISTRATE JUDGE