1

2

3

4

5

6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,

10             Plaintiff,              No. 2:03-cv-1531-RRB-EFB  PS
                                       No. 2:06-cv-0614-LKK-KJM PS
11         vs.                         No. 2:10-cv-2591-MCE-KJN PS
                                       No. 2:12-cr-0252-GEB
12   JAMES O. MOLEN,

13             Defendant.              NON-RELATED CASE ORDER
     _____/

14

15        On July 13, 2012, the United States filed a Notice of Related Case in the above-captioned

16   actions.[1]  Because the earliest action, *United States v. Molen*, 2:03-cv-1531-RRB-EFB (PS), is

17   now closed and the assignment of the latter-filed actions to the judges in the initial action is not

18   likely to effect a savings of judicial effort or other economies, the latter-filed actions will not be

19   reassigned to the judges in the initial action, as contemplated by Local Rule 123.

20        SO ORDERED.

21   DATED:  July 17, 2012.

22                                     _____
                                       EDMUND F. BRENNAN
23                                     UNITED STATES MAGISTRATE JUDGE

24

25

26

_____
[1] This action was reassigned to the undersigned on July 16, 2012.  Dckt. No. 138.