UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES O. MOLEN, ET AL.,<br><br>Defendants. | No. 2:10-cv-02591-MCE-KJN<br><br><br><br>**ORDER CONTINUING TRIAL** |

YOU ARE HEREBY NOTIFIED the Bench trial is vacated and continued to **August 4, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **May 29, 2014**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the December 5, 2013 Final Pretrial Conference is vacated and continued to **June 12, 2014**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **May 22, 2014** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.  Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **May 22, 2014**.  Oppositions must be filed by **May 29, 2014** and any reply must be filed by **June 5, 2014.**

1

The motions will be heard by the Court at the same time as the Final Pretrial Conference.

    IT IS SO ORDERED.

Dated: September 24, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE