1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:10-cv-02591-MCE-KJN

12                   Plaintiff,

13          v.                              ORDER AND ORDER TO SHOW CAUSE

14   JAMES O. MOLEN, et al.,

15                   Defendants.

16

17          Defendant James Molen ("defendant") is proceeding without counsel in this action.[1]  On

18   November 22, 2013, plaintiff the United States ("plaintiff") filed a Motion For Partial Summary

19   Judgment.  (Mot. for Summ. J., ECF No. 148.)  However, as defendant points out in his

20   Opposition brief of December 5, 2013 (Opp'n, ECF No. 155), plaintiff filed its motion one day

21   *after* the deadline for the filing of dispositive motions.  (See ECF No. 147 (setting the deadline for

22   filing dispositive motions as "no later than" November 21, 2013).)  Plaintiff's moving papers

23   neither acknowledge the filing's tardiness nor offer an explanation for such tardiness.  While the

24   undersigned's prior order stated that extensions could be requested to help accommodate delays

25   resulting from the Federal Government "Shutdown" (id. at 3 n.5), the court's electronic docket

26   does not reflect that plaintiff ever filed any formal requests for extensions.

27   _____

[1]  This action was referred to the undersigned pursuant to Eastern District Local Rule 302(c)(21).

28   (ECF No. 11.)

1

1     I.        BACKGROUND

2            On April 11, 2013, the court issued an order giving the parties until September 20, 2013,

3     to file "all dispositive motions." (ECF No. 132 at 2.)  Plaintiff filed a motion for partial summary

4     judgment on September 20, 2013. (ECF No. 139.)  On September 25, United States District

5     Judge Morrison C. England *sua sponte* moved the trial date from February 3, 2014, to August 4,

6     2014. (ECF Nos. 122, 144.)  Additionally, Judge England notified parties that their Joint Final

7     Pretrial Statement will be due no later than May 22, 2014. (Id.)

8            After reviewing plaintiff's motion for partial summary judgment, the undersigned *sua*

9     *sponte* scheduled a status conference to facilitate the defendant's response thereto, especially

10    given defendant's pro se status. (ECF Nos. 139-1, 139-2, 139-3, 145.)  As expressed at the

11    hearing, the undersigned was concerned that defendant would have unnecessary difficulty

12    appropriately responding to the motion. (ECF No. 146.)

13           The status conference came on for hearing on October 3, 2013. (Id.)  Defendant appeared

14    telephonically on his own behalf. (Id.)  Attorney Guy Patrick Jennings appeared on behalf of the

15    plaintiff. (Id.)  During the status conference, plaintiff and defendant jointly requested that

16    plaintiff be permitted to withdraw its motion for partial summary judgment and to re-file a more

17    straightforward motion. (ECF No. 139, 146.)  In light of the joint nature of the request and in the

18    interests of judicial economy, and given that defendant reported having not been served with the

19    moving papers, the request was granted. (ECF No. 147.)  The undersigned also found that there

20    was good cause to amend his scheduling order (ECF No. 132) and to continue the deadline for

21    filing dispositive motions from September 20, 2013, to November 21, 2013.[2] (Id.)  The

22    undersigned set the hearing on the revised motion for partial summary judgment on January 23,

23    2014. (Id.)

24    II.       DISCUSSION

25           Given that the pending motion was filed one day after the deadline of November 21, 2013,

26    plaintiff is ordered to show cause in writing on or before January 16, 2014, why the court should

27    _____

28    [2]  Except for the dispositive motion deadline, all other dates remained unchanged.

1  deem the late-filed Motion for Partial Summary Judgment (ECF No. 148) as timely, and to show

2  cause in writing why the court should make any determination as to the merits of the late-filed

3  motion.

4       Likewise, on or before January 16, 2014, defendant shall file a declaration describing

5  what prejudice, if any, he has suffered by the pending motion's having been filed one day late.  If

6  defendant has not suffered any prejudice by the late filing, defendant should say so.

7       In addition, defendant's Opposition (ECF No. 155) focuses primarily on the pending

8  motion's tardiness and raises discovery arguments, but does not address the substantive merits of

9  the pending motion.  Without making any pre-determination as to whether the pending motion

10  might be deemed timely, the undersigned nonetheless orders defendant to file an Amended

11  Opposition that substantively addresses the arguments and factual/evidentiary assertions made in

12  the pending motion *and* complies with the requirements of Federal Rule of Civil Procedure 56

13  and Eastern District Local Rule 260(b), including but not limited to the filing of a Separate

14  Statement of Disputed Facts.   The Amended Opposition shall be filed on or before February 6,

15  2014.

16       The pending motion's currently scheduled hearing date of January 23, 2014, is hereby

17  continued to March 13, 2014.  Plaintiff's Reply to defendant's above-described Amended

18  Opposition shall be filed on or before February 13, 2014.  The undersigned's setting a hearing

19  date and a deadline to file the Reply should **not** be construed as a pre-determination that the late-

20  filed motion will necessarily be deemed timely.  The undersigned sets these dates for planning

21  purposes only, and should the undersigned determine that the pending motion should be denied

22  on grounds of untimeliness, the undersigned will vacate these dates by way of a written order.

23  Absent such order, the parties should plan to adhere to this timeline.

24  III.     CONCLUSION

25       Accordingly, IS HEREBY ORDERED that:

26  1. On or before **January 16, 2014**, plaintiff shall show cause in writing why the court

27       should deem the late-filed Motion for Partial Summary Judgment (ECF No. 148) as

28       timely, and shall also show cause in writing why the court should make any

3

1    determination as to the merits of the motion.

2        2. On or before **January 16, 2014**, defendant shall file a declaration explaining what

3        prejudice, if any, he has suffered by the pending motion's having been filed one day late.

4        3. Without making any pre-determination as to whether the pending motion might be

5        deemed timely, the undersigned orders defendant to file an Amended Opposition that

6        substantively addresses the arguments and factual/evidentiary assertions made in the

7        pending motion *and* complies with the requirements of Federal Rule of Civil Procedure

8        56 and Eastern District Local Rule 260(b), including but not limited to the filing of a

9        Separate Statement of Disputed Facts.  The Amended Opposition shall be filed on or

10       before **February 6, 2014**.  The undersigned's ordering the filing of an Amended

11       Opposition should **not** be construed as a pre-determination that the late-filed motion will

12       necessarily be deemed timely.

13       4. On or before **February 13, 2014**, plaintiff may file Reply briefing to address defendant's

14       above-described Amended Opposition.  The undersigned's setting a deadline to file

15       Reply briefing should **not** be construed as a pre-determination that the late-filed motion

16       will necessarily be deemed timely

17       5. The hearing on plaintiff's Motion for Partial Summary Judgment (ECF No. 148)

18       currently set for **January 23, 2014,** is CONTINUED to **March 13, 2014**, at 10:00 a.m.,

19       in Courtroom 25.  The undersigned's setting such hearing date should **not** be construed

20       as a pre-determination that the late-filed motion will necessarily be deemed timely.

21       IT IS SO ORDERED.

22   Dated:  December 12, 2013

23

24                                                   KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                        4