1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No.  2:10-cv-2591 MCE KJN

12                  Plaintiff,

13          v.                               ORDER AND ORDER TO SHOW CAUSE

14    JAMES O. MOLEN, et al.,

15                  Defendants.

16

17          Defendant James Molen ("defendant") is proceeding without counsel in this action.[1]  On

18    November 22, 2013, plaintiff the United States ("plaintiff") filed a Motion for Partial Summary

19    Judgment. (Mot. for Summ. J., ECF No. 148.)  On December 5, 2013, defendant filed his

20    opposition, which focused primarily on the fact that plaintiff had filed its Motion for Partial

21    Summary Judgment a day after the deadline for such a motion and raised discovery arguments,

22    but did not address plaintiff's motion on the merits.  (ECF No. 155.)  On December 12, 2103, the

23    court issued an order requiring defendant to file an amended opposition to plaintiff's Motion for

24    Partial Summary Judgment no later than February 6, 2014, "that substantively addresses the

25    arguments and factual/evidentiary assertions made in the pending motion and complies with the

26    requirements of Federal Rule of Civil Procedure 56 and Eastern District Local Rule 260(b),

27    _____

      [1] This action was referred to the undersigned pursuant to Eastern District Local Rule 302(c)(21).
28    (ECF No. 11.)

                                                  1

1  including but not limited to the filing of a Separate Statement of Disputed Facts." (ECF No. 156

2  at 3-4.)  The court deemed plaintiff's Motion for Partial Summary Judgment timely on January

3  27, 2014, and further ordered defendant to file an amended opposition to plaintiff's motion in

4  accordance with the December 12, 2013, order no later than February 6, 2014.  Although that

5  deadline has now passed, defendant has not yet filed an opposition in accordance with the court's

6  order.

7          Accordingly, IT IS HEREBY ORDERED that:

8          1.  The March 13, 2014, hearing is VACATED and CONTINUED until April 1, 2014.

9          2.  No later than February 24, 2014, defendant shall file an amended opposition that

10  complies with the court's December 12, 2013, and January 27, 2014, orders as well as the

11  requirements of Federal Rule of Civil Procedure 56 and Eastern District Local Rule 260(b),

12  including but not limited to the filing of a Separate Statement of Disputed Facts.  Defendant is

13  strongly cautioned that failure to file an amended opposition in a timely manner may result in the

14  court treating defendant's inaction as a statement of non-opposition to plaintiff's Motion for

15  Partial Summary Judgment, which will result in the court deciding plaintiff's motion solely on

16  plaintiff's evidence, arguments in support of its motion, and its statement of undisputed facts.

17          3. No later than February 24, 2014, defendant shall also file a statement showing cause

18  why sanctions should not be imposed for his failure to an amended opposition in accordance with

19  the court's order.

20          4.  Failure to timely file an amended opposition or a response to this order to show cause,

21  or both, may result in more severe sanctions, including the court deeming defendant's inaction as

22  a statement of non-opposition to plaintiff's Motion for Partial Summary Judgment or other

23  appropriate sanctions.

24          5. No later than March 3, 2014, plaintiff may file a Reply to defendant's above-described

25  Amended Opposition.

26          IT IS SO ORDERED.

27  Dated:  February 14, 2014

_____

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

28

2