UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              No. 2:10-cv-02591-MCE-KJN

        Plaintiff,

   v.                                 ORDER CONTINUING TRIAL

JAMES O. MOLEN, ET AL.,

        Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the August 4, 2014 bench trial is vacated and continued to **October 20, 2014,** at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **July 31, 2014.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the June 12, 2014 Final Pretrial Conference is vacated and continued to **August 21, 2014,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **July 31, 2014** and shall comply with the procedures outlined in the Court's  Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

1    Telephonic appearances for this hearing are not permitted.

2         Any evidentiary or procedural motions are to be filed by

3    **July 31, 2014**.   Oppositions must be filed by **August 7, 2014** and

4    any reply must be filed by **August 14, 2014**.   The motions will be

5    heard by the Court at the same time as the Final Pretrial

6    Conference.

7         IT IS SO ORDERED.

8    Dated: April 22, 2014

9

10

11                                        _____
                                          MORRISON C. ENGLAND, JR.
12                                        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28