UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES O. MOLEN, et al.<br><br>    Defendants. | No. 2:10-cv-02591-MCE-KJN<br><br>**ORDER** |

In an Order dated June 23, 2015, the Court adopted the Magistrate Judge's Findings and Recommendations (ECF No. 229) and granted Plaintiff's Motion for Default Judgment (ECF No. 200). ECF No. 235. Shortly thereafter, Defendant John Hugh Van Auken filed Additional Objections to the Findings and Recommendations (ECF No. 236), and Defendant James O. Molen filed three documents: "Reply to United States' Reply to Defendant's Objections" (ECF No. 237) and two "Affidavit[s] of Truth in Support of Objection to Order" (ECF Nos. 238, 239). The Court has reviewed each of these documents and finds that they do not affect the Magistrate Judge's analysis or the Court's Order dated June 23, 2015 (ECF No. 235). That Order shall remain in effect.

///

///

///

1    Additionally, the Court has reviewed Defendant James O. Molen's Motion to
2 Correct the Record (ECF No. 230).  Because that Motion is without merit, it is hereby
3 DENIED.
4    IT IS SO ORDERED.
5 Dated:  September 18, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT