UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES O. MOLEN, et al.,

    Defendants.

No. 2:10-cv-2591 MCE KJN PS

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    James O. Molen, Register Number 17558-097, a necessary and material witness in a bench trial in this case on November 2, 2016, is confined in Terminal Island Federal Correctional Institution, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Morrison C. England, Jr., Courtroom #7, U. S. District Court, 501 I Street, Sacramento, California 95814, on Wednesday, November 2, 2016, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a bench trial at the time and place above, until completion of the trial or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Terminal Island Federal Correctional Institution, 1299 Seaside Avenue, San Pedro, California 90731:**

    **WE COMMAND** you to produce the inmate named above to testify before Judge England at the time and place above until completion of the bench trial or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

`Dated: September 27, 2016`

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE