CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

PHILLIP A. TALBERT
Acting United States Attorney
Eastern District of California
*Of Counsel*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES O. MOLEN,<br>SANDRA L. MOLEN, and<br>BLACK HOLE ADVENTURES TRUST,<br>Et al.,<br><br>    Defendants. | Case No. 2:10-CV-02591 MCE KJN<br><br>**JOINT REQUEST TO CONTINUE HEARING DATE OF MOTION, REQUEST FOR ORDER, and ORDER**<br><br>Judge:  Hon. M.C. England, Jr. |

    The United States filed a motion for reconsideration (ECF 308) regarding the relative priorities of the state and federal tax liens on the property of James O. Molen and Sandra L. Molen.  The hearing on the motion was set for December 15, 2016, before the honorable Judge Morrison C. England, Jr.  Counsel for the California FTB has a personal conflict with the December date.  The United States and the FTB agree that a hearing date of February 9, 2017, at 2 p.m. would be convenient, with motion response and reply times adjusted in accordance with the Local Rules of Court.

    The parties request an order in accordance with the foregoing.

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

Dated: November 23, 2016            /s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648

KAMALA D. HARRIS,
Attorney General of California
MOLLY K. MOSLEY
Supervising Deputy Attorney General

Dated: November 22, 2016            /s/ Craig D. Rust
CRAIG D. RUST
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 322-0253

Attorneys for the California FTB and EDD

**ORDER**

At the request of the parties, the hearing on the pending motion for reconsideration (ECF 308) will be held February 9, 2017, at 2 p.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:  November 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE