UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cv-02591-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES O. MOLEN, | |
| Defendant. | |

Presently before the Court is the United States' Motion for Reconsideration (ECF No. 308) of the Court's prior Order on Motion for Summary Judgment (ECF No. 270). Although the Motion is couched as a request for reconsideration, however, it raises multiple arguments that either already were or could have been raised in its original summary judgment motion. Accordingly, the United States' current request is more properly construed not as a bid for reconsideration, but as a successive motion for summary judgment filed well after the passing of the dispositive motion deadline.

///
///
///
///
///

1

Because no leave to modify the Court's scheduling orders has been granted, the Motion for Reconsideration (ECF No. 308) is DENIED as untimely.[1]

IT IS SO ORDERED.

Dated: May 31, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not have been of material assistance, the Court ordered this matter submitted on the briefs. See E.D. Cal. Local R. 230(g).