UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:10-cv-02591-MCE-KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JAMES O. MOLEN, | |
| Defendant. | |

Presently before the Court is a Motion to Quash filed by Defendant James O. Molen. ECF No. 322. That Motion is DENIED. No further filings from this Defendant will be entertained, and any such filings will be summarily disregarded.

IT IS SO ORDERED.

Dated: August 7, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1