1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **EASTERN DISTRICT OF CALIFORNIA**
10

11 UNITED STATES OF AMERICA,

12             Plaintiff,                    Case No. 2:10-CV-02591 MCE KJN

13       v.                                  **ORDER TO VACATE PREMISES**

14 JAMES O. MOLEN,
15 SANDRA L. MOLEN, and
   BLACK HOLE ADVENTURES TRUST,
16 Et al.,
               Defendants.
17

18

19

20       In order to facilitate a foreclosure sale of 189 Connors Avenue in Chico,

21 California, (the "Property"), the United States filed a motion for order to vacate premises.

22 Counsel for the United States represents that a notice of opportunity to state a claim of

23 right to possession, a claim of right to possession, and a copy of the motion was

24 delivered or posted and mailed to occupants of the Property.  A hearing on the motion

25 was held on November 2, at 2 p.m.  For good cause shown,

26 **IT IS ORDERED THAT**

27       Every person occupying the Property at 189 Connors Avenue in Chico, California,

28

1

is ordered to vacate and depart from the Property, taking with them all of their personal property, no later than 12 o'clock p.m. (noon) on November 2, 2017.

At any time after noon on November 2, 2017, the United States Marshal for the Eastern District of California (including any Deputy United States Marshal and any persons requested to assist the United States Marshal, including law enforcement officers from the City of Chico and the County of Butte, collectively the "Officers") are authorized and directed to take all actions necessary to enter the Property, at any time of the day or night, and evict and eject all unauthorized persons located there.

To accomplish this and to otherwise enforce this Order, the Officers are authorized to enter the Property, and any and all structures and vehicles located thereon, and to use force as necessary.

When the Officers conclude that all unauthorized persons have vacated, or been evicted from, the Property, he shall relinquish possession and custody of the Property to the Internal Revenue Service, or its designee.

Should any person fail to vacate and depart from the Property, or attempt to re-enter onto the Property, such person will be found in contempt of this Court, and such contempt may result in a fine, incarceration, or both.

No person shall be permitted to return to the Property, or remain thereon, without the express written authorization by the United States Marshal, or the Internal Revenue Service, or the United States Department of Justice. Unauthorized persons who re-enter the Property after November 2, 2017, may be ejected by the Officers without further order of the Court.

If any personal property is located on the Property when the Officers execute this Order, the Officers and/or the Internal Revenue Service are authorized to move, remove,

store and/or abandon such personal property. **Personal property remaining on the Property is deemed forfeited and abandoned if it is not removed before November 2, 2017**, and the United States Marshal and/or the Internal Revenue Service, and their respective representatives and/or designees, are authorized to dispose of the personal property in any manner deemed fit, including sale.

The United States shall provide notice of this order to all occupants of the Property by hand delivery or by posting the order in a prominent location at the Property, with a copy of the order to be mailed to the Property, within ten days after the date this order is entered.

IT IS SO ORDERED.

Dated: October 6, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3