# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES O. MOLEN,<br>SANDRA L. MOLEN, and<br>BLACK HOLE ADVENTURES TRUST,<br>Et al.,<br>    Defendants. | Case No. 2:10-CV-02591 MCE KJN<br><br>**ORDER CONFIRMING SALE AND DISTRIBUTING PROCEEDS** |

The United States filed a motion seeking an order confirming a judicial sale and distributing the sale proceeds. No opposition has been filed. The real property sold for $133,000 and the sale proceeds are presently on deposit with this Court. For good cause shown, the Court enters the following order.

///

///

///

///

**Identification of Property**

The real property at issue is located at 189 Connors Avenue, Chico, California 95926 (herein referred to as the "Property" or "189 Connors Avenue"), in the County of Butte, State of California, and is more particularly described as follows:

> A PORTION OF LOT 12, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "CONNORS SUBDIVISION IN RANCHO ARROYO CHICO, NEAR CHICO, CALIFORNIA" WHICH MAP WAS RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA, ON MAY 10, 1948, IN BOOK 16 OF MAPS, AT PAGE(S) 22, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:
> BEGINNING AT THE MOST WESTERLY CORNER OF LOT 12; THENCE NORTH 52 DEG. 38' EAST ALONG THE NORTHWESTERLY LINE OF SAID LOT 12, A DISTANCE OF 75 FEET TO A POINT; THENCE SOUTH 37 DEG. 22' EAST A DISTANCE OF 170 FEET TO A POINT IN THE SOUTHEASTERLY LINE OF LOT 12; THENCE SOUTH 52 DEG. 33' WEST ALONG THE SOUTHEASTERLY LINE OF SAID LOT 12, A DISTANCE OF 75 FEET TO A POINT AT THE MOST SOUTHERLY CORNER OF SAID LOT 12; THENCE NORTH 37 DEG. 22' WEST ALONG THE SOUTHWESTERLY LINE OF SAID LOT 12, A DISTANCE OF 170 FEET TO THE POINT OF BEGINNING.

APN 006-072-004

The Court finds that the sale of the Property was conducted by the United States in compliance with 28 U.S.C. §§ 2001-2002, and that payment was made and accepted in compliance with the terms of the Court's Order of Judicial Sale. (ECF 334). Accordingly, the motion is GRANTED, and,

**IT IS ORDERED THAT** the sale on January 10, 2018, of the Property was properly conducted. The sale to purchasers Harpal Natt and Jit Natt ("Purchasers") is hereby confirmed.

**IT IS FURTHER ORDERED THAT** the Internal Revenue Service is authorized to execute and deliver to the Purchasers a Certificate of Sale and Deed conveying the Property to them or their assignee.

**IT IS FURTHER ORDERED THAT**, on delivery of the Certificate of Sale and Deed, all interests in, liens against, or claims to the Property that are held or asserted in this action by the plaintiff or any of the defendants, or any successor-in-interest to any defendant, are discharged. On delivery of the Certificate of Sale and Deed, the Property shall be free and clear of the interests of the following defendants: James O. Molen, Sandra L. Molen, Black Hole Adventures Trust, James Orbin Molen Limited Partnership, Household Bank S.B. N.A.; Advanta Bank Corporation; Citibank South Dakota, N.A.; MBNA America Bank; Asset Acceptance LLC; and Wells Fargo Bank N.A.. The Purchaser takes the property free and clear of any claim by a successor-in-interest to any of the listed defendants.

**IT IS FURTHER ORDERED THAT** possession of the property sold shall be yielded to the Purchasers upon the production of a copy of the Certificate of Sale and Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of this Court to compel delivery of the property to the Purchaser.

## ORDER OF DISBURSEMENT

**IT IS FURTHER ORDERED THAT** the Clerk is directed to disburse the deposited sale proceeds as follows:

(1). to the United States – for expenses of sale in the amount of $4,548.84, made payable to the "Internal Revenue Service," and sent to

>Internal Revenue Service,
>Attn: Hallie Lipscomb, PALS, SA-5209,
>4330 Watt Avenue,
>Sacramento, CA 95660

///

///

(2). to Butte County for unpaid real property taxes for the 189 Connors Avenue, Chico, property, a check in the amount of $46,468.37, made payable to the "Butte County Tax Collector" noting "APN 006-072-004-000" and sent to the

>Butte County Tax Collector
>C/O Julie Emerson
>25 County Center Dr. Ste. 125
>Oroville, CA 95965

(3). to the California Franchise Tax Board for unpaid California individual income tax, a check in the amount of $47,297.11, made payable to the "Franchise Tax Board" and sent to

>Craig D. Rust
>Deputy Attorney General
>California Department of Justice
>1300 I Street
>Sacramento, CA 95814

(4). to the United States – all remaining deposited funds with interest, without deducting registry fees, payable to the "U.S. Department of Justice" with a notation "James O. Molen" and sent to:

>Department of Justice ATTN: TAXFLU,
>P.O. Box 310 - Ben Franklin Station,
>Washington, D.C. 20044

**IT IS SO ORDERED.**

Dated: February 26, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE